This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ERNEST GUTIERREZ,**

  Plaintiff-Appellant,

v.           **NO. 30,212**

**GLORIA GARLY,**

  Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**John W. Pope, District Judge**

Ernest Gutierrez
Los Lunas, NM

Pro Se Appellant

Gloria Garly
Los Lunas, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

  Plaintiff appeals an order dismissing his complaint with prejudice. In this Court's second notice of proposed summary disposition, we proposed to reverse. Defendant has not filed a memorandum in opposition, and the time to do so has passed. Plaintiff has filed a memorandum in support, with the caveat that he wishes

to clarify that his complaint alleged that Plaintiff's attorney telephoned Defendant and Plaintiff's daughter, informing them that they should pick up Plaintiff's equipment and personal belongings from the motel. [RP 8] Because no party opposes our second proposed summary disposition, we reverse for the reasons provided in our second notice.

**IT IS SO ORDERED.**

---

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

---

**JONATHAN B. SUTIN, Judge**

---

**MICHAEL E. VIGIL, Judge**